The People of the State of New York ex rel. John Fitzgibbons, Appellant, v. Theodore Roosevelt et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Fitzgibbons* v. *Roosevelt*, 13 App. Div. 404, affirmed.
(Submitted April 19, 1897; decided May 4, 1897.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 15, 1897, which dismissed a writ of certiorari issued to review the dismissal of relator from the police department of the city of New York.

*Edward H. Hawke, Jr.,* and *Joseph A. Flannery* for appellant.

*Francis M. Scott* for respondents.

Order affirmed, with costs; no opinion.
All concur.